# Third District Court of Appeal

## State of Florida

Opinion filed July 26, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2065
Lower Tribunal No. F20-9772A
_____

**Michelle Contreras,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Black Srebnick, and Benjamin S. Waxman, for appellant.

Ashley Moody, Attorney General, and Kseniya Smychkouskaya, Assistant Attorney General, for appellee.

Before EMAS, MILLER, and BOKOR, JJ.

MILLER, J.

Appellant, Michelle Contreras, challenges her convictions and sentences for trafficking in illegal narcotics, conspiring to traffic in illegal narcotics, and use of a two-way communications device to commit the trafficking offense. Discerning no reversible error, we affirm without prejudice to raising the issue of ineffective assistance of counsel in a timely motion for postconviction relief under Florida Rule of Criminal Procedure 3.850. See Steiger v. State, 328 So. 3d 926, 929 (Fla. 2021) (holding "unpreserved claims of ineffective assistance of counsel cannot be raised or result in reversal on direct appeal" absent a showing of fundamental error); see also Britton v. State, 414 So. 2d 638, 639 (Fla. 5th DCA 1982) ("[T]he order of presentation of evidence and witnesses is largely a function of the trial court's discretion; this discretion is broad enough to allow the state to introduce, after the defendant's case, evidence not strictly in rebuttal, so long as the evidence was admissible in the main case."); Lewis v. State, 711 So. 2d 205, 208 (Fla. 3d DCA 1998) (concluding prosecutor's comments during closing arguments that bolstered victim testimony and attacked defense counsel were harmless error given overwhelming evidence of defendant's guilt).

Affirmed.